IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY DAJUAN IVORY,

    Plaintiff,

  v.

CHAPLAIN MELGOSA,
PROGRAM SUP. PETTERA,
and ICE A. SCHWAB,

    Defendants.

Case No. 21-cv-91-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | April 6, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |